AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11764503

**RECEIVED**
By USMS District of Columbia District Court at 10:31 am, Apr 03, 2025

| United States of America | ) | Case: 1:25-cr-00090 |
|---|---|---|
| v. | ) | Assigned To : Contreras, Rudolph |
| Mauro Alberto Nunez Ojeda | ) | Assign. Date : 4/2/2025 |
| also known as "Jondo" | ) | Description: INDICTMENT (B) |
|  | ) | Related Case No: 21-cr-146 (RC |
| *Defendant* | ) |  |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mauro Alberto Nunez Ojeda

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine for Importation into the United States in violation of 21 §§ 959(a), 960(a)(3), 960(b)(1)(B)(ii), and 963

Criminal Forfeiture in violation of 21 U.S.C. §§ 853 and 970

Date: 04/02/2025

Digitally signed by Matthew J. Sharbaugh
Date: 2025.04.02 18:54:43 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Hon. Matthew J. Sharbaugh, Magistratae Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/03/2025, and the person was arrested on *(date)* 08/13/2025
at *(city and state)* Washington D.C.

Date: 08/13/2025

*Arresting officer's signature*

Kenneth Keh   DUSM
*Printed name and title*