UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 25-cr-90 (RC) |
| v. | : | NOTICE OF APPEARANCE |
| MAURO ALBERTO NUNEZ OJEDA, | : | |
| Defendant. | : | |

**PLEASE TAKE NOTICE THAT** Jonathan Savella, Law Office of Jonathan Savella, 40 Exchange Place, Ste. 1800, New York, New York 10005, appears on behalf of defendant MAURO ALBERTO NUNEZ OJEDA in the above-captioned case.

Dated:   New York, New York
         August 22, 2025

_____
Jonathan Savella, Esq.
(*Admission pending*)
Law Office of Jonathan Savella
40 Exchange Place, Ste. 1800
New York, New York 10005
Ph: 646-801-2184
jon@jonathansavella.com